724 A.2d 796

IN THE MATTER OF WILLIAM D. MANNS,
AN ATTORNEY AT LAW.

March 12, 1999.

### ORDER

The Disciplinary Review Board on October 22, 1998, having filed with the Court a report concluding that **WILLIAM D. MANNS** of NEWARK, who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(a) (failure to communicate), and that respondent should be required to practice under supervision for a period of six months, and good cause appearing;

It is ORDERED that **WILLIAM D. MANNS** is hereby reprimanded; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics, for a period of six months and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.